

# Fourth Court of Appeals

## San Antonio, Texas

May 9, 2014

No. 04-14-00203-CV

Timothy Dewayne **OFFORD**,
Appellant

v.

Joe L. **CUELLAR**, Sr., Et al.,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI03352
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

A filing fee of $195.00 was due when this appeal was filed, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified appellant of this deficiency by letter dated March 26, 2014, and requested payment of the fee by April 9, 2014. The fee remains unpaid.

In addition, the trial court clerk has filed a notification of late record, stating that the clerk's record, which was due May 5, 2014, has not been filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record, and appellant is not entitled to the record without paying the fee.

We therefore **order** appellant Timothy D. Offord must, by **May 19, 2014,** either:

(1) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from prepaying fees and costs; *see* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs); or

(2) pay the appellate filing fee to the clerk of this court <u>and</u> provide written proof that he has paid the trial court clerk's fee for preparing the clerk's record or has made arrangements satisfactory to the clerk to pay the fee.

If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 37.3(b), 42.3.

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court